165 A.3d 471

**SPOON**

v.

**DEERING WOODS CONDOMINIUM**

Pet. Docket No. 92, Sept. Term, 2017

Court of Appeals of Maryland.

July 28, 2017

Opinion of the Court of Special Appeals unreported (No. 47, Sept. Term, 2015).

Petition for writ of certiorari denied

■

165 A.3d 471

**STATE of Maryland**

v.

**WILLIAMS, Christopher**

Pet. Docket No. 138, Sept. Term, 2017

Court of Appeals of Maryland.

July 28, 2017

Opinion of the Court of Special Appeals unreported (No. 986, Sept. Term, 2016).

Petition for writ of certiorari denied